**Ardelyx, Inc. (ARDX)**                                                      **Mary Helen Yarborough**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 5/6/2024 | 1 | $8.7600 |
| Purchase/Acquisition | 5/13/2024 | 1 | $8.0200 |
| Purchase/Acquisition | 5/13/2024 | 1 | $7.9300 |
| Purchase/Acquisition | 5/15/2024 | 1 | $7.9500 |
| Purchase/Acquisition | 5/24/2024 | 2 | $7.2300 |
| Purchase/Acquisition | 5/24/2024 | 4 | $7.2400 |
| Purchase/Acquisition | 6/25/2024 | 2 | $5.9900 |
| Purchase/Acquisition | 6/25/2024 | 1 | $6.0000 |