UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**Mary Helen Yarborough et al.,**

       Plaintiffs,

                                      CIVIL ACTION NO. 1:24-12119-LTS

   V.


**Ardelyx, Inc. et al.,**

       Defendants.


## ORDER OF DISMISSAL

Sorokin, D. J.

    In accordance with the Court's ORDER ON MOTION TO DISMISS, Dkt, No. 46, dated December 24, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                          By the Court,

12/24/2025                                             /s/ Flaviana de Oliveira
   Date                                                      Deputy Clerk