# United States Court of Appeals
## For the First Circuit

No. 26-1075

TATE WOOD, Lead Plaintiff; DAVID A. NEWRIDER; OSAMA SHOAIR; GARY W. SLAVIK,

Plaintiffs - Appellants,

MARY HELEN YARBOROUGH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ARDELYX, INC.; MICHAEL RAAB; SUSAN RODRIGUEZ; ELIZABETH GRAMMER; LAURA WILLIAMS,

Defendants - Appellees,

JUSTIN RENZ,

Defendant.

**JUDGMENT**

Entered: March 26, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Laurence M. Rosen, Jonathan R. Horne, Phillip C. Kim, Joshua E. Baker, Michael Cohen, Jeremy Alan Lieberman, Joseph Alexander Hood II, Emily C. Finestone, Joshua E. Fruchter, Roman Martinez, Christina R. Gay, Ashley Gebicke, Daniel R. Gherardi, Melanie Blunschi, Shlomo Fellig, Anastasia Pyrinis